THIS OPINION
 HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN
 ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Andre James
 King, Appellant.
 
 
 

Appeal From Orangeburg County
 R. Knox McMahon, Circuit Court Judge
Unpublished Opinion No. 2010-UP-254
Submitted April 1, 2010  Filed April 26,
 2010    
Affirmed

 
 
 
 Chief Appellate Defender Robert M. Dudek, of Columbia, for
 Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney General Donald J. Zelenka, and
 Assistant Attorney General J. Anthony Mabry, all of Columbia; and David M.
 Pascoe, Jr., of Orangeburg, for Respondent.
 
 
 

PER CURIAM:  Andre James
 King appeals his convictions for murder, assault and battery with intent to
 kill, and possession of a weapon during the commission of a violent crime. 
 King argues the trial court erred in allowing the State to impeach him with his
 prior conviction for accessory after the fact to armed robbery.  We affirm[1] pursuant to Rule 220(b)(1), SCACR, and the
 following authority:  State v. Pagan, 369 S.C. 201, 208, 631 S.E.2d 262, 265 (2006) ("The
 admission of evidence is within the discretion of the trial court and will not
 be reversed absent an abuse of discretion.").  
Affirmed.
HUFF, THOMAS,
 and KONDUROS, JJ., concur.  

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.